IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREGORY LEWIS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:16cv00443 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| WARDEN, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

By order entered October 4, 2016, the court conditionally filed Gregory Lewis's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Lewis to complete a § 2241 petition form and either pay the filing fee or sign and return a consent to fee form. The court advised Lewis that failure to comply with the court's order within twenty days would result in the dismissal of the action without prejudice.

Inasmuch as the time to respond has passed and Lewis has failed to comply with the court's order, I will dismiss this action without prejudice. Lewis is advised that he may re-file his claims in a separate action.

**ENTER**: This 28th day of October, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE